Nov. Term, 1858.

POWELL v. PIERCE.

---

POWELL *v.* PIERCE and Another.

*Saturday, December 11.*

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—Suit by the appellant against the appellees, to recover the value of a kettle, delivered as per order of the defendants. Answer in denial. Trial by jury; verdict and judgment for defendants. Motion for new trial overruled.

The errors assigned are—1. The refusal of the Court to give instructions asked. 2. The refusal to grant a new trial.

There is some evidence set out in a bill of exceptions; but it is not alleged that "this was all the evidence given in the cause," in accordance with the 30th rule; and, therefore, we must presume that the instructions refused, on the supposition that they were abstractly correct, were irrelevant. *The N. A. and S. Railroad Co.* v. *Callow*, 8 Ind. R. 471.

For the same reason, we cannot examine the correctness of the ruling on the motion for a new trial (1).

The judgment is affirmed with costs.

*G. S. Orth* and *J. A. Stein*, for the appellant.

*H. W. Chase* and *J. A. Wilstach*, for the appellees.

(1) See the next preceding case.